IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                              No. CIV S-09-0335 GEB EFB

    vs.

A&B FAMILY INC., d/b/a
CERTIFIED MOTORS, et al.,

    Defendants.                          <u>ORDER</u>
_____/

       Following the July 22, 2009 hearing on plaintiff's motion for default judgment, Dckt. No. 12, plaintiff filed a request that his motion be withdrawn without prejudice, so that plaintiff may re-serve process upon defendant A&B Family Inc., d/b/a/ Certified Motors, Dckt. No. 16.

       Accordingly, for the reasons stated on the record and for good cause shown, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for default judgment, Dckt. No. 12, shall be deemed withdrawn without prejudice;

       2. The Clerk of Court is directed to set aside the May 26, 2009 Entry of Default as to A&B Family, Inc., Dckt. No. 10; and

////

////

1

1     3. Plaintiff shall, within twenty days of the filing date of this order, serve process upon
2 defendant A&B Family Inc., d/b/a/ Certified Motors.
3     SO ORDERED.
4 DATED: August 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE